<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1493**

---

EDWARD MARTIN MCKENNA, SR.,

                                 Plaintiff - Appellant,

     versus

R. C. LEE; JIM GODWIN; ANDY ARTOLA; JUDY
CHAPMAN; GEORGE LIPSCOMB; JANICE FAULKNER;
CAROL HOWARD; LYNN PHILLIPS; THEODIS BECK;
JOHN DOES 1 THROUGH 34; 3M CORPORATION,

                             Defendants - Appellees,

     and

MICHAEL F. EASLEY; HAL F. ASKINS; JEFFREY R.
EDWARD; MARTIN T. WALTER; DOUGLAS F. MCINTOSH;
MARK A. LEWIS; SUSAN FREYA OLIVE; PETER L.
OLSON; CHARLES BULLOCK; FINESSE COUCH;
REGINALD MEWBORN; J. BAKE WILLIAMS; GREGORY T.
WAH; PATRICK BALLANTINE,

                                  Defendants.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, Senior
District Judge. (CA-00-911-5-BR)

---

Submitted: July 12, 2001            Decided: July 19, 2001

---

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Edward Martin McKenna, Sr., Appellant Pro Se.  James Donald Cowan, Jr., SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Martin McKenna, Sr. appeals the district court's order dismissing certain named and unnamed defendants. Appellee 3M Corporation has moved to dismiss the appeal. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant Appellee 3M Corporation's motion to dismiss and dismiss the appeal as interlocutory as to all Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED